B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Arizona
Case No. **2:09−bk−16913−RTB**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   CHARLES L CARR
   4400 W MISSOURI AVE #43
   GLENDALE, AZ 85301

Social Security / Individual Taxpayer ID No.:
   xxx−xx−3879

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                       BY THE COURT

Dated: 11/30/09                                         Redfield T. Baum Sr.
                                                             United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: admin                Page 1 of 2              Date Rcvd: Nov 30, 2009
Case: 09-16913                Form ID: b18               Total Noticed: 41

The following entities were noticed by first class mail on Dec 02, 2009.
db         +CHARLES L CARR,    4400 W MISSOURI AVE #43,    GLENDALE, AZ 85301-6414
aty         JOSEPH W. CHARLES,    PO BOX 1737,    GLENDALE, AZ  85311-1737
tr          ANTHONY H. MASON,    P.O. BOX 4427,    PHOENIX, AZ 85030-4427
8287856     ACCOUNTS RECEIVABLE MANAGEMENT, INC.,    P. O. Box 129,    Thorofare NJ 08086-0129
8287857     ACS,    P. O. Box 7051,    Utica NY 13504-7051
8287859     ALLIANCE ONE,    P. O. Box 3100,    Southeastern PA 19398-3100
8287858    +ALLIANCE ONE,    1160 Centre Pointe Drive, #1,    Mendota Heights MN 55120-1270
8287861     AP FINANCIAL SERVICES, INC.,    P. O. Box 31670,    Phoenix AZ 85046-1670
8287862     BANK OF AMERICA,    P. O. Box 15726,    Wilmington DE 19886-5726
8287864     BRISTOL WEST INSURANCE SERVICES,    P. O. Box 7142,    Pasadena CA 91109-7142
8287865    +CAPITAL MANAGEMENT SERVICES,    726 Exchange Street, #700,    Buffalo NY 14210-1464
8287866    +CBE GROUP,    131 Tower Park Drive, #100,    Waterloo IA 50701-9588
8287869    +CITI BANK,    P. O. Box 45129,    Jacksonville FL 32232-5129
8287870    +CITI BANK,    4600 hUSTON rOAD,    Florence KY 41042-4820
8287871    +DIRECTV,    P. O. Box 78626,    Phoenix AZ 85062-8626
8287873    +ENCORE,    400 N. ROGERS ROAD,    PO BOX 3330,    OLATHE KS 66063-3330
8287872     ENCORE,    P. O. Box 3330,    Olathe KS 66063-3330
8287874     FINANCIAL ASSET MANAGEMENT,    P. O. Box 451409,    Atlanta GA 31145-9409
8287875    +GS SERVICES,    P. O. Box 46960,    Saint Louis MO 63146-6960
8287876     I.C. SYSTEMS, INC.,    P. O. Box 64887,    Saint Paul MN 55164-0887
8287879    +LAMONT, HANLEY & ASSOC,    P. O. Box 179,    Manchester NH 03105-0179
8287881     NATIONAL BANK OF ARIZONA,    P. O. Box 12009,    Tucson AZ 85732-2009
8287882    +NORTHLAND GROUP, INC.,    P. O. Box 390905,    Edina MN 55439-0905
8287883    +PINNACLE FINANCIAL GROUP,    7825 Washington Avenue, #310,    Minneapolis MN 55439-2424
8287884    +PORTFOLIO RECOVERY ASSOC,    P. O. Box 4115, Dept. 922,    Concord CA 94524-4115
8287885    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
            (address filed with court: PORTFOLIO RECOVERY ASSOCIATES,    P. O. Box 12914,
             Norfolk VA 23541-2914)
8287888     SEIDBERG LAW OFFICES, P.C.,    P. O. Box 7290,    Phoenix AZ 85011-7290
8287889    +STEN CREDIT CORP,    7607 East McDowell Road, #107,    Scottsdale AZ 85257-3604
8287891     US AIRWAYS MASTER CARD,    P. O. Box 13337,    Philadelphia PA 19101-3337
8287893    +WELLS FARGO CARD SERVICES,    P. O. Box 9210,    Des Moines IA 50306-9210
8287894    +WELLS FARGO CARD SERVICES,    800 Walnut Street, F4030-04C,    Des Moines IA 50309-3891

The following entities were noticed by electronic transmission on Nov 30, 2009.
tr          EDI: BAHMASON.COM Nov 30 2009 19:03:00      ANTHONY H. MASON,    P.O. BOX 4427,
             PHOENIX, AZ 85030-4427
smg         EDI: AZDEPREV.COM Nov 30 2009 18:58:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
8287859     EDI: ALLIANCEONE.COM Nov 30 2009 18:58:00      ALLIANCE ONE,    P. O. Box 3100,
             Southeastern PA 19398-3100
8287858    +EDI: ALLIANCEONE.COM Nov 30 2009 18:58:00      ALLIANCE ONE,    1160 Centre Pointe Drive, #1,
             Mendota Heights MN 55120-1270
8287860     EDI: AMEREXPR.COM Nov 30 2009 18:58:00      AMERICAN EXPRESS,    P. O. Box 297879,
             Fort Lauderdale FL 33329-7879
8287862     EDI: BANKAMER2.COM Nov 30 2009 18:58:00      BANK OF AMERICA,    P. O. Box 15726,
             Wilmington DE 19886-5726
8287863     EDI: TSYS2.COM Nov 30 2009 18:58:00      BARCLAY BANK CARD SERVICES,    P. O. Box 13337,
             Philadelphia PA 19101-3337
8287867     EDI: CHASE.COM Nov 30 2009 19:03:00      CHASE BANK,    P. O. Box 94014,    Palatine IL 60094-4014
8287877     EDI: IRS.COM Nov 30 2009 18:58:00      INTERNAL REVENUE SERVICE,    P. O. Box 0025,
             Austin TX 73301-0025
8287878     EDI: CBSKOHLS.COM Nov 30 2009 18:58:00      KOHL'S,    P. O. Box 30510,    Los Angeles CA 90030-0510
8287880     EDI: RMSC.COM Nov 30 2009 18:58:00      LOWE'S,    P. O. Box 530914,    Atlanta GA 30353-0914
8287887     EDI: RMSC.COM Nov 30 2009 18:58:00      SAM'S CLUB,    P. O. Box 530942,    Atlanta GA 30353-0942
8287890     EDI: WTRRNBANK.COM Nov 30 2009 18:58:00      TARGET,    P. O. Box 59317,
             Minneapolis MN 55459-0317
8287892     EDI: CHASE.COM Nov 30 2009 19:03:00      WASHINGTON MUTUAL,    P. O. Box 660433,
             Dallas TX 75266-0433
8287893    +EDI: WFFC.COM Nov 30 2009 18:58:00      WELLS FARGO CARD SERVICES,    P. O. Box 9210,
             Des Moines IA 50306-9210
8287894    +EDI: WFFC.COM Nov 30 2009 18:58:00      WELLS FARGO CARD SERVICES,    800 Walnut Street, F4030-04C,
             Des Moines IA 50309-3891
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8287868*     CHASE BANK,   P.O. BOX 94014,    Palatine IL 60094-4014
8287886*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: PORTFOLIO RECOVERY ASSOCIATES,    P. O. Box 12914,   Norfolk VA 23541)
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2009**                    **Signature:** *Joseph Speetjens*